AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Jr., Milan D. | Ninth Circuit | 07/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

United States Court of Appeals
Suite 2325, 222 N Sepulveda Bl
El Segundo, California 90245

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self employed attorney |
| 2. | 2014 | Gogian Foundation-Trustee |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric Co. | B | Dividend | L | T | Buy (add'l) | 05/27/14 | J | | |
| 2. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 3. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 4. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 5. | | | | | Sold (part) | 01/22/14 | J | A | |
| 6. | | | | | Sold (part) | 06/20/14 | J | A | |
| 7. | | | | | Sold (part) | 09/10/14 | J | A | |
| 8. | | | | | Sold (part) | 10/15/14 | J | A | |
| 9. | | | | | Sold (part) | 11/25/14 | J | A | |
| 10. Intuitive Surgical Inc. | | None | K | T | | | | | |
| 11. Kinder Morgan energy Partners LP Unit Ltd Partnership | C | Distribution | | | Sold | 08/11/14 | L | F | |
| 12. American Tower Corp CL A | A | Dividend | K | T | Sold (part) | 07/30/14 | J | C | |
| 13. Devon Energy Corp New | A | Dividend | K | T | Buy (add'l) | 01/07/14 | J | | |
| 14. | | | | | Sold (part) | 07/29/14 | J | B | |
| 15. Pepsico Incorporated | B | Dividend | K | T | Sold (part) | 10/22/14 | J | C | |
| 16. | | | | | Sold (part) | 12/30/14 | J | A | |
| 17. Canadian Natl Ry Co. | A | Dividend | K | T | Sold (part) | 05/20/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/15/14 | J | D | |
| 19. Aetna Life Policy MetLife | A | Dividend | J | T | | | | | |
| 20. Quanta SVCS Inc | | None | K | T | | | | | |
| 21. Oneok Inc New | B | Dividend | K | T | Sold (part) | 01/06/14 | J | C | |
| 22. | | | | | Sold (part) | 07/22/14 | J | C | |
| 23. | | | | | Sold (part) | 09/04/14 | J | C | |
| 24. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | | | | | |
| 25. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | | | Sold | 02/10/14 | J | A | |
| 26. Money Mkt Oblig Trust Auto Cash Mgmt | A | Dividend | N | T | | | | | |
| 27. American Capital Agency Corp | C | Dividend | K | T | Buy (add'l) | 01/06/14 | K | | |
| 28. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 29. | | | | | Sold (part) | 01/07/14 | K | B | |
| 30. | | | | | Sold (part) | 07/29/14 | J | B | |
| 31. Williams Partners LP Com Unit Ltd Part Int | C | Distribution | K | T | | | | | |
| 32. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | A | Dividend | M | T | Sold (part) | 01/07/14 | K | A | |
| 33. | | | | | Sold (part) | 01/08/14 | M | A | |
| 34. | | | | | Sold (part) | 12/18/14 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capstead Mtg Corp Com No Par | C | Dividend | K | T | Buy (add'l) | 01/06/14 | J | | |
| 36. | | | | | Buy (add'l) | 01/07/14 | J | | |
| 37. MFA Mortgage Investments Inc. (MFA Financial Inc) | C | Dividend | K | T | Buy (add'l) | 01/06/14 | J | | |
| 38. Putnam Managed Municipal Income Trust-SBI | A | Dividend | J | T | | | | | |
| 39. Putnam Municipal Opportunities Trust-SBI | B | Dividend | K | T | | | | | |
| 40. Ishares Trust Iboxx $ Investop Investment Grade Bond Fund | D | Dividend | M | T | Buy (add'l) | 01/06/14 | K | | |
| 41. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 42. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 43. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 44. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 45. | | | | | Sold (part) | 09/10/14 | J | A | |
| 46. | | | | | Sold (part) | 11/25/14 | J | A | |
| 47. Ishares Barclays Intermediate Credit Bond Fund | D | Dividend | N | T | Buy (add'l) | 01/07/14 | J | | |
| 48. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 49. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 50. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 51. | | | | | Buy (add'l) | 10/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/22/14 | J | A | |
| 53. | | | | | Sold (part) | 05/20/14 | J | A | |
| 54. | | | | | Sold (part) | 09/10/14 | J | A | |
| 55. | | | | | Sold (part) | 11/25/14 | J | A | |
| 56. Ishares Barclays MBS Bond Fund ETF | A | Dividend | | | Sold | 01/06/14 | K | A | |
| 57. Ishares Barclays 1-3 YR Credit Bond Fund ETF | C | Dividend | N | T | Buy (add'l) | 05/27/14 | J | | |
| 58. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 59. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 60. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 61. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 62. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 63. | | | | | Sold (part) | 03/28/14 | L | A | |
| 64. | | | | | Sold (part) | 05/20/14 | J | A | |
| 65. | | | | | Sold (part) | 06/20/14 | J | A | |
| 66. | | | | | Sold (part) | 08/06/14 | J | A | |
| 67. | | | | | Sold (part) | 09/10/14 | J | A | |
| 68. | | | | | Sold (part) | 11/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Linn Energy LLC | C | Distribution | | | Buy (add'l) | 01/07/14 | J | | |
| 70. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 71. | | | | | Sold (part) | 05/21/14 | J | A | |
| 72. | | | | | Sold (part) | 07/29/14 | J | A | |
| 73. | | | | | Sold | 11/04/14 | K | B | |
| 74. Ishares Core US Credit Bond (FKA Ishares Trst Barclay Credit Bond ETF) | D | Dividend | M | T | Buy (add'l) | 08/15/14 | J | | |
| 75. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 76. | | | | | Sold (part) | 01/22/14 | J | A | |
| 77. | | | | | Sold (part) | 08/07/14 | J | A | |
| 78. | | | | | Sold (part) | 08/14/14 | J | A | |
| 79. | | | | | Sold (part) | 10/30/14 | J | A | |
| 80. Ameren Corp | B | Dividend | L | T | Sold (part) | 03/28/14 | J | B | |
| 81. | | | | | Sold (part) | 12/30/14 | J | B | |
| 82. Cenovus Energy Inc | A | Dividend | J | T | Sold (part) | 10/22/14 | J | B | |
| 83. | | | | | Sold (part) | 07/30/14 | J | A | |
| 84. Abbott Laboratories | A | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 85. | | | | | Buy (add'l) | 10/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/30/14 | J | A | |
| 87. Enterprise Products Partners LP | B | Distribution | K | T | Sold (part) | 01/22/14 | J | A | |
| 88. | | | | | Sold (part) | 05/22/14 | J | A | |
| 89. | | | | | Sold (part) | 07/22/14 | J | D | |
| 90. | | | | | Sold (part) | 08/07/14 | J | C | |
| 91. Blackrock Income Trust Inc | D | Dividend | L | T | Buy (add'l) | 01/06/14 | K | | |
| 92. | | | | | Sold (part) | 08/14/14 | J | A | |
| 93. Gabelli Dividend & Income Fund | D | Dividend | M | T | Buy (add'l) | 05/27/14 | J | | |
| 94. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 95. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 96. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 97. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 98. | | | | | Sold (part) | 11/22/14 | J | A | |
| 99. | | | | | Sold (part) | 01/22/14 | J | A | |
| 100. | | | | | Sold (part) | 06/19/14 | J | A | |
| 101. | | | | | Sold (part) | 07/15/14 | J | A | |
| 102. | | | | | Sold (part) | 09/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/25/14 | J | A | |
| 104. | | | | | Sold (part) | 12/30/14 | J | A | |
| 105. Ishares Trust Barclays 1-3 Yr Credit Bond Fund ETF | B | Dividend | | | Merged (with line 57) | 02/26/14 | J | | |
| 106. Eli Lilly & Co | B | Dividend | K | T | Buy (add'l) | 06/20/14 | J | | |
| 107. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 108. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 109. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 110. | | | | | Sold (part) | 01/22/14 | J | A | |
| 111. | | | | | Sold (part) | 08/06/14 | J | A | |
| 112. | | | | | Sold (part) | 11/25/14 | J | A | |
| 113. | | | | | Sold (part) | 12/30/14 | J | C | |
| 114. Statoil Asa Sponsored ADR | B | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 115. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 116. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 117. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 118. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 119. | | | | | Buy (add'l) | 12/18/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/30/14 | J | A | |
| 121. | | | | | Sold (part) | 12/09/14 | J | A | |
| 122. | | | | | Sold (part) | 12/31/14 | K | A | |
| 123. Windstream Corp | C | Dividend | K | T | Buy (add'l) | 01/06/14 | K | | |
| 124. | | | | | Sold (part) | 05/20/14 | J | A | |
| 125. | | | | | Sold (part) | 07/29/14 | J | B | |
| 126. Schwab CA Muni Money Fund Cash Money Market Fund | A | Int./Div. | | | Closed | 12/30/14 | J | | |
| 127. Western Asset Emerging Mkts Income Fd Inc | C | Dividend | K | T | Buy (add'l) | 01/07/14 | K | | |
| 128. | | | | | Sold (part) | 03/28/14 | K | A | |
| 129. | | | | | Sold (part) | 08/06/14 | J | A | |
| 130. RBC Prime Money Market Cash Reserve | A | Dividend | K | T | | | | | |
| 131. H & Q Healthcare Investors SBI | B | Dividend | K | T | | | | | |
| 132. Ishares TR 2014 S&P AMT Free Municipal Ser FD | A | Dividend | | | Sold | 08/21/14 | K | A | |
| 133. Managed Duration Invt Grade Mun FD | A | Dividend | | | Sold | 08/21/14 | K | A | |
| 134. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | K | T | Buy (add'l) | 03/28/14 | K | | |
| 135. | | | | | Sold (part) | 02/13/14 | K | A | |
| 136. Textron Inc | A | Dividend | J | T | Buy (add'l) | 08/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 138. | | | | | Sold (part) | 02/21/14 | K | E | |
| 139. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | D | Dividend | N | T | Buy (add'l) | 03/18/14 | J | | |
| 140. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 141. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 142. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 143. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 144. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 145. | | | | | Sold (part) | 03/20/14 | J | A | |
| 146. | | | | | Sold (part) | 01/22/14 | J | A | |
| 147. | | | | | Sold (part) | 11/25/14 | J | A | |
| 148. BlackRock Credit Allocation | D | Dividend | M | T | Buy (add'l) | 01/22/14 | J | | |
| 149. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 150. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 151. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 152. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 153. | | | | | Buy (add'l) | 10/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 155. | | | | | Sold (part) | 05/21/14 | J | A | |
| 156. | | | | | Sold (part) | 06/19/14 | J | B | |
| 157. | | | | | Sold (part) | 08/13/14 | J | A | |
| 158. | | | | | Sold (part) | 09/10/14 | J | A | |
| 159. | | | | | Sold (part) | 11/25/14 | J | A | |
| 160. Ishares Trust S&P Global Info Technology Sector Index Fund | B | Dividend | M | T | Buy (add'l) | 02/11/14 | J | | |
| 161. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 162. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 163. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 164. | | | | | Sold (part) | 01/22/14 | J | A | |
| 165. | | | | | Sold (part) | 06/20/14 | J | A | |
| 166. | | | | | Sold (part) | 07/29/14 | J | D | |
| 167. | | | | | Sold (part) | 08/06/14 | J | A | |
| 168. | | | | | Sold (part) | 10/22/14 | J | A | |
| 169. | | | | | Sold (part) | 11/25/14 | J | A | |
| 170. Calamos Global Dynamic Income Fund | D | Dividend | L | T | Buy (add'l) | 01/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 172. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 173. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 174. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 175. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 176. | | | | | Sold (part) | 02/15/14 | J | A | |
| 177. | | | | | Sold (part) | 05/21/14 | J | A | |
| 178. | | | | | Sold (part) | 07/30/14 | J | A | |
| 179. | | | | | Sold (part) | 08/06/14 | J | A | |
| 180. | | | | | Sold (part) | 09/10/14 | J | A | |
| 181. | | | | | Sold (part) | 11/25/14 | J | A | |
| 182. | | | | | Sold (part) | 12/30/14 | J | A | |
| 183. Corning Inc | B | Dividend | L | T | Buy (add'l) | 01/06/14 | J | | |
| 184. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 185. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 186. | | | | | Sold (part) | 12/30/14 | J | B | |
| 187. Templeton Global Bond Fund Advisor CL | D | Dividend | L | T | Buy (add'l) | 01/07/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 03/28/14 | K | A | |
| 189. AES Corp | A | Dividend | K | T | | | | | |
| 190. Koninklijke Philips Electrs N V Sponsored ADR New 2000 | B | Dividend | L | T | Buy (add'l) | 04/25/14 | J | | |
| 191. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 192. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 193. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 194. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 195. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 196. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 197. | | | | | Sold (part) | 01/22/14 | J | A | |
| 198. | | | | | Sold (part) | 08/06/14 | J | A | |
| 199. | | | | | Sold (part) | 09/10/14 | J | A | |
| 200. Columbia Fds Ser TR IX Tax Exempt FD CL A | B | Dividend | K | T | | | | | |
| 201. Ishares TR 2015 S&P AMT Free Municipal Ser Fd | A | Dividend | J | T | Sold (part) | 11/05/14 | J | A | |
| 202. Ishares TR 2016 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 203. Ishares TR 2017 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 204. Gabelli Healthcare & Wellness Trust | B | Dividend | L | T | Buy (add'l) | 08/15/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 206. | | | | | Sold (part) | 06/19/14 | J | A | |
| 207. | | | | | Sold (part) | 06/26/14 | J | A | |
| 208. BlackRock Strategic Equity Dividend Trust | A | Dividend | J | T | Buy (add'l) | 05/27/14 | J | | |
| 209. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 210. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 211. | | | | | Sold (part) | 01/22/14 | J | A | |
| 212. | | | | | Sold (part) | 06/20/14 | J | A | |
| 213. | | | | | Sold (part) | 09/10/14 | J | A | |
| 214. | | | | | Sold (part) | 11/25/14 | J | A | |
| 215. BlackRock Equity Dividend Trust | C | Dividend | L | T | Buy (add'l) | 05/27/14 | J | | |
| 216. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 217. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 218. | | | | | Sold (part) | 01/22/14 | J | A | |
| 219. | | | | | Sold (part) | 06/20/14 | J | A | |
| 220. | | | | | Sold (part) | 09/10/14 | J | A | |
| 221. | | | | | Sold (part) | 11/25/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Centerpoint Energy Inc. | A | Dividend | K | T | Buy (add'l) | 01/22/14 | J | | |
| 223. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 224. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 225. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 226. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 227. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 228. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 229. | | | | | Sold (part) | 01/22/14 | J | A | |
| 230. | | | | | Sold (part) | 11/25/14 | J | A | |
| 231. American Electric Power Co Inc | A | Dividend | K | T | Buy (add'l) | 05/27/14 | J | | |
| 232. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 233. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 234. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 235. | | | | | Sold (part) | 01/22/14 | J | | |
| 236. | | | | | Sold (part) | 06/20/14 | J | | |
| 237. | | | | | Sold (part) | 09/10/14 | J | | |
| 238. | | | | | Sold (part) | 11/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 32

**Name of Person Reporting**

Smith, Jr., Milan D.

**Date of Report**

07/29/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/30/14 | J | | |
| 240. Ishares TR Dow Jones EPAC Select Dividend | B | Dividend | K | T | Buy (add'l) | 03/06/14 | J | | |
| 241. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 242. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 243. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 244. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 245. | | | | | Sold (part) | 08/07/14 | J | A | |
| 246. | | | | | Sold (part) | 09/10/14 | J | A | |
| 247. | | | | | Sold (part) | 10/14/14 | K | A | |
| 248. Targa Resources Partners LP Unit Ltd Partnership Int | A | Distribution | J | T | Buy (add'l) | 01/22/14 | J | | |
| 249. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 250. | | | | | Sold (part) | 05/21/14 | J | A | |
| 251. | | | | | Sold (part) | 05/22/14 | J | B | |
| 252. | | | | | Sold (part) | 06/20/14 | J | A | |
| 253. Pimco ETF TR Enhanced Short Maturity | C | Dividend | N | T | Buy (add'l) | 05/27/14 | J | | |
| 254. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 255. | | | | | Buy (add'l) | 08/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 257. | | | | | Buy (add'l) | 11/05/14 | K | | |
| 258. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 259. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 260. | | | | | Sold (part) | 01/08/14 | J | A | |
| 261. | | | | | Sold (part) | 01/22/14 | J | A | |
| 262. | | | | | Sold (part) | 06/20/14 | J | A | |
| 263. | | | | | Sold (part) | 07/22/14 | J | A | |
| 264. | | | | | Sold (part) | 07/28/14 | K | A | |
| 265. | | | | | Sold (part) | 08/13/14 | K | A | |
| 266. | | | | | Sold (part) | 09/10/14 | J | A | |
| 267. Southern Co | A | Dividend | K | T | Buy (add'l) | 02/11/14 | J | | |
| 268. | | | | | Sold (part) | 10/15/14 | J | A | |
| 269. Ishares TR Dow Jones SEL Divid Index FD | A | Dividend | K | T | | | | | |
| 270. American Capital Mortgage Investment Corp | B | Dividend | K | T | Buy (add'l) | 02/11/14 | J | | |
| 271. FirstEnergy Corp | A | Dividend | K | T | Buy | 02/10/14 | K | | |
| 272. Sempra Energy | A | Dividend | K | T | Buy (add'l) | 08/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 01/22/14 | J | A | |
| 274. | | | | | Sold (part) | 03/18/14 | J | A | |
| 275. | | | | | Sold (part) | 06/20/14 | J | A | |
| 276. | | | | | Sold (part) | 09/10/14 | J | A | |
| 277. | | | | | Sold (part) | 11/25/14 | J | A | |
| 278. Anworth Mortgage Asset Corp | | None | J | T | Buy (add'l) | 11/25/14 | J | | |
| 279. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 280. Frontier Communications Corp | C | Dividend | L | T | Buy (add'l) | 02/11/14 | J | | |
| 281. | | | | | Buy (add'l) | 02/29/14 | J | | |
| 282. | | | | | Sold (part) | 01/22/14 | J | A | |
| 283. | | | | | Sold (part) | 03/25/14 | J | A | |
| 284. | | | | | Sold (part) | 05/01/14 | J | A | |
| 285. | | | | | Sold (part) | 05/20/14 | J | C | |
| 286. | | | | | Sold (part) | 05/22/14 | J | A | |
| 287. | | | | | Sold (part) | 05/25/14 | J | A | |
| 288. | | | | | Sold (part) | 06/30/14 | J | A | |
| 289. | | | | | Sold (part) | 08/06/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 08/13/14 | J | A | |
| 291. | | | | | Sold (part) | 09/10/14 | J | A | |
| 292. | | | | | Sold (part) | 09/29/14 | J | A | |
| 293. | | | | | Sold (part) | 11/25/14 | J | A | |
| 294. | | | | | Sold (part) | 12/30/14 | J | A | |
| 295. Eaton Vance Risk Managed Global Diversified Equity Income | B | Dividend | K | T | Buy (add'l) | 04/14/14 | J | | |
| 296. Eaton Vance Tax Managed Global Diversified Equity Income | C | Dividend | K | T | Sold (part) | 07/29/14 | J | A | |
| 297. EMC Corp-Mass | A | Dividend | K | T | Sold (part) | 12/30/14 | J | A | |
| 298. Hollyfrontier Corporation | B | Dividend | J | T | Buy (add'l) | 02/11/14 | J | | |
| 299. Intel Corp | B | Dividend | L | T | Buy (add'l) | 01/06/14 | J | | |
| 300. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 301. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 302. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 303. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 304. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 305. | | | | | Sold (part) | 01/22/14 | J | A | |
| 306. | | | | | Sold (part) | 06/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 06/20/14 | J | A | |
| 308. | | | | | Sold (part) | 07/29/14 | J | B | |
| 309. | | | | | Sold (part) | 08/06/14 | J | A | |
| 310. | | | | | Sold (part) | 09/29/14 | J | B | |
| 311. | | | | | Sold (part) | 11/25/14 | J | A | |
| 312. | | | | | Sold (part) | 12/18/14 | J | B | |
| 313. Ford Motor Co. | A | Dividend | | | Buy (add'l) | 01/06/14 | J | | |
| 314. | | | | | Buy (add'l) | 01/22/14 | K | | |
| 315. | | | | | Sold | 02/03/14 | K | A | |
| 316. Abbvie Inc. (Spinoff of Abbott Laboratories) | B | Dividend | K | T | Buy (add'l) | 08/15/14 | J | | |
| 317. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 318. Merck & Co. Inc. | B | Dividend | L | T | Sold (part) | 03/28/14 | J | A | |
| 319. | | | | | Sold (part) | 07/29/14 | J | B | |
| 320. | | | | | Sold (part) | 12/30/14 | J | A | |
| 321. Air Lease Corporation | A | Dividend | K | T | | | | | |
| 322. Eaton Vance California Municipal Bond Fund | C | Dividend | L | T | Buy (add'l) | 02/12/14 | J | | |
| 323. | | | | | Buy (add'l) | 04/14/14 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Ishares 2018 AMT Free Muni Term ETF | A | Dividend | K | T | | | | | |
| 325. Conagra Foods Inc. | A | Dividend | K | T | Buy (add'l) | 03/31/14 | J | | |
| 326. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 327. | | | | | Sold (part) | 01/22/14 | J | A | |
| 328. | | | | | Sold (part) | 08/07/14 | J | A | |
| 329. Discover Financial Services | A | Dividend | J | T | Buy (add'l) | 12/30/14 | J | | |
| 330. | | | | | Sold (part) | 01/22/14 | J | A | |
| 331. | | | | | Sold (part) | 09/10/14 | J | A | |
| 332. | | | | | Sold (part) | 11/25/14 | J | A | |
| 333. Fidelity MSCI Consumer Discretionary Index ETF | | None | | | Sold (part) | 01/22/14 | J | A | |
| 334. | | | | | Sold | 02/05/14 | J | A | |
| 335. Fidelity MSCI Industrials Index ETF | A | Dividend | | | Sold (part) | 01/22/14 | J | A | |
| 336. | | | | | Sold | 02/03/14 | J | A | |
| 337. Ishares Core S&P Total US Stock Market ETF | | None | | | Sold (part) | 01/22/14 | J | A | |
| 338. | | | | | Sold | 02/05/14 | J | A | |
| 339. Citigroup Inc Com | A | Dividend | J | T | Buy | 08/15/14 | J | | |
| 340. | | | | | Buy (add'l) | 10/22/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Neuberger Berman Real Estate Securities Income Fund | A | Dividend | K | T | Buy | 06/19/14 | J | | |
| 342. | | | | | Buy (add'l) | 08/13/14 | J | | |
| 343. Clearbridge Energy MLP Total Return Fund Inc | A | Dividend | J | T | Buy | 10/22/14 | J | | |
| 344. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 345. Sunedison Inc | | None | K | T | Buy | 03/28/14 | K | | |
| 346. | | | | | Buy (add'l) | 05/20/14 | K | | |
| 347. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 348. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 349. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 350. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 351. | | | | | Sold (part) | 05/21/14 | J | A | |
| 352. | | | | | Sold (part) | 07/29/14 | K | B | |
| 353. Money Mkt Obligs Tr Federated Prime Obligs FD | A | Dividend | M | T | Open | 08/01/14 | L | | |
| 354. Ishares MSCI All County World Minimum Voalatility ETF | C | Dividend | M | T | Buy | 03/28/14 | L | | |
| 355. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 356. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 357. | | | | | Buy (add'l) | 04/25/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 359. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 360. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 361. | | | | | Sold (part) | 11/25/14 | J | A | |
| 362. Ishares 3 to 7 Year Treasury Bond ETF | A | Dividend | M | T | Buy | 12/18/14 | M | | |
| 363. Ishares US ETF Tr Short Term Maturity Bond ETF | A | Dividend | M | T | Buy | 01/08/14 | J | | |
| 364. | | | | | Buy (add'l) | 01/09/14 | K | | |
| 365. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 366. | | | | | Buy (add'l) | 02/11/14 | L | | |
| 367. | | | | | Buy (add'l) | 11/05/14 | L | | |
| 368. Pimco Broad US Tips Index Exchange Traded Fund | A | Dividend | L | T | Buy | 07/28/14 | K | | |
| 369. | | | | | Buy (add'l) | 07/29/14 | K | | |
| 370. | | | | | Buy (add'l) | 07/30/14 | K | | |
| 371. | | | | | Buy (add'l) | 10/22/14 | K | | |
| 372. | | | | | Sold (part) | 12/18/14 | L | A | |
| 373. Goldcorp Inc. | A | Dividend | J | T | Buy | 02/19/14 | J | | |
| 374. | | | | | Buy (add'l) | 03/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. | | | | | Buy (add'l) | 09/04/14 | K | | |
| 376. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 377. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 378. | | | | | Sold (part) | 04/25/14 | J | A | |
| 379. | | | | | Sold (part) | 10/30/14 | J | A | |
| 380. | | | | | Sold (part) | 12/17/14 | K | A | |
| 381. One Gas Inc. | A | Dividend | K | T | Buy | 03/28/14 | J | | |
| 382. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 383. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 384. Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | A | Dividend | L | T | Buy | 01/10/14 | L | | |
| 385. Ishares Tr 0-5 Yr High Yield Corp Bd EFT | B | Dividend | | | Buy | 01/10/14 | L | | |
| 386. | | | | | Sold | 12/18/14 | K | A | |
| 387. Pimco 0-5 Yr High Yield Corporate Bond Index Exchange | B | Dividend | | | Buy | 01/10/14 | L | | |
| 388. | | | | | Sold | 07/28/14 | K | A | |
| 389. Market Vectors ETF Tr Jr. Gold Miners ETF New | | None | | | Buy | 05/21/14 | K | | |
| 390. | | | | | Buy (add'l) | 06/13/14 | J | | |
| 391. | | | | | Buy (add'l) | 06/20/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 07/22/14 | K | | |
| 393. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 394. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 395. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 396. | | | | | Sold (part) | 09/10/14 | J | A | |
| 397. | | | | | Sold | 10/31/14 | K | A | |
| 398. SPDR Nuveen Barclays California Municipal Bond ETF | A | Dividend | L | T | Buy | 02/12/14 | J | | |
| 399. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 400. | | | | | Buy (add'l) | 05/20/14 | K | | |
| 401. Nuveen California AMT Free Municipal Income Fund | B | Dividend | K | T | Buy | 02/12/14 | J | | |
| 402. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 403. | | | | | Sold (part) | 06/11/14 | J | A | |
| 404. SPDR Nuveen Barclays Short Term Municipal Bond ETF | A | Dividend | K | T | Buy | 10/23/14 | L | | |
| 405. Tocqueville Gold Fund | | None | J | T | Buy | 12/17/14 | J | | |
| 406. Ishares Gold Trust | | None | J | T | Buy | 07/29/14 | K | | |
| 407. | | | | | Buy (add'l) | 08/13/14 | K | | |
| 408. | | | | | Buy (add'l) | 09/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 410. | | | | | Sold (part) | 09/04/14 | K | A | |
| 411. | | | | | Sold (part) | 09/29/14 | K | A | |
| 412. | | | | | Sold (part) | 12/30/14 | J | A | |
| 413. Central Fund of Canada LTD CL-A Non Voting Shares | A | Dividend | K | T | Buy | 08/29/14 | J | | |
| 414. | | | | | Buy (add'l) | 09/04/14 | K | | |
| 415. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 416. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 417. | | | | | Sold (part) | 11/14/14 | J | A | |
| 418. | | | | | Sold (part) | 12/17/14 | K | A | |
| 419. Pimco Intermediate Municipal Bond Active Exchange Traded Fund | A | Dividend | K | T | Buy | 08/15/14 | J | | |
| 420. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 421. | | | | | Buy (add'l) | 11/14/14 | K | | |
| 422. Gabelli Global Small & Mid Cap Value Trust (Spinoff) | A | Distribution | | | Spinoff (from line 93) | 04/15/14 | J | | |
| 423. | | | | | Sold (part) | 06/30/14 | J | A | |
| 424. | | | | | Sold | 07/23/14 | J | A | |
| 425. Vanguard Mega Cap Value ETF | A | Dividend | K | T | Buy | 02/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 427. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 428. | | | | | Buy (add'l) | 08/13/14 | K | | |
| 429. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 430. | | | | | Sold (part) | 06/20/14 | J | A | |
| 431. | | | | | Sold (part) | 09/10/14 | J | A | |
| 432. | | | | | Sold (part) | 10/15/14 | K | A | |
| 433. | | | | | Sold (part) | 11/25/14 | J | A | |
| 434. Alps ETF TR Alerian MLP | A | Dividend | K | T | Buy | 08/07/14 | K | | |
| 435. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 436. | | | | | Sold (part) | 08/07/14 | J | A | |
| 437. | | | | | Sold (part) | 09/10/14 | J | A | |
| 438. Pattern Energy Group Inc Class A | | None | J | T | Buy | 12/30/14 | J | | |
| 439. Ventas Inc | A | Dividend | J | T | Buy | 08/07/14 | J | | |
| 440. | | | | | Sold (part) | 11/25/14 | J | A | |
| 441. Fidelity MSCI Financials Index ETF | | None | | | Buy | 01/22/14 | J | | |
| 442. | | | | | Sold (part) | 02/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 32

Name of Person Reporting

Smith, Jr., Milan D.

Date of Report

07/29/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 02/05/14 | J | A | |
| 444. Pimco 1-5 Year US Tips Index Exchange Traded Fund | A | Dividend | K | T | Buy | 07/16/14 | K | | |
| 445. Vanguard Intl Equity Ind FD Ftse All World Ex US Fd EFT | A | Dividend | | | Buy | 06/19/14 | K | | |
| 446. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 447. | | | | | Sold | 08/28/14 | K | A | |
| 448. Linn Co LLC | A | Dividend | | | Buy | 03/20/14 | J | | |
| 449. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 450. | | | | | Sold | 10/09/14 | J | A | |
| 451. First Trust Energy Income and Growth Fund | A | Dividend | J | T | Buy | 08/15/14 | J | | |
| 452. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 453. Kinder Morgan Mgmt LLC | A | Distribution | | | Buy | 08/15/14 | J | | |
| 454. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 455. | | | | | Merged (with line 458) | 12/01/14 | J | | |
| 456. Franklin Templeton Moderate Alloc Fund Advisor CL | A | Dividend | | | Buy | 03/24/14 | K | | |
| 457. | | | | | Sold | 03/28/14 | K | A | |
| 458. Kinder Morgan Inc | A | Distribution | J | T | | | | | |
| 459. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item 353, Part VII (Money Mkt Obligs Tr Federated Prime Obligs FD).  This asset, Money Mkt Obligs Tr Federated Prime Obligs FD, is a money market account that was opened in 2014.  The asset was not on the 2013 report and should have been marked "open" in order to show that the account was opened in 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 07/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Milan D. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544